IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY LEE SOMMERHALDER,

    Plaintiff,                    No. CIV S-11-0322 EFB P

    vs.

M. WILSON, et al.,

    Defendants.            <u>ORDER</u>

                          /

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has paid the filing fee.

    Plaintiff alleges a violation of his civil rights in Tuolumne County, California. Tuolumne County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the Fresno Division.

    2. The Clerk of Court shall assign a new case number.

////

////

////

1

1   3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
         Eastern District of California
3        2500 Tulare Street
         Fresno, CA 93721
4

5   DATED: February 15, 2011.

6                                  /s/ Edmund F. Brennan
                                   EDMUND F. BRENNAN
7                                  UNITED STATES MAGISTRATE JUDGE